1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              NORTHERN DISTRICT OF CALIFORNIA
10                                     SAN JOSE DIVISION
11

| CAROL JOHNSON, DANIEL PAUL, and STEVE MORTILLARO, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-02127 |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant. | |

1050232 V1

PLEASE TAKE NOTICE that, effective September 17, 2018, the Seattle office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP<br>
1301 2nd Ave., Suite 2000<br>
Seattle, WA 98101

The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292; Facsimile: (206) 623-0594.

Dated: September 25, 2018          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
   Steve W. Berman
1301 2nd Ave., Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

NOTICE OF CHANGE OF FIRM ADDRESS - 1
Case No. 5:18-cv-02127
1050232 V1